AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| AFGE Local 501 and COUNCIL OF PRISON LOCALS, CPL 33, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 21-cv-23828-CV-JAL |
| JOSEPH R. BIDEN, in his official capacity as President of the United States and MERRICK GARLAND, in his official capactity as Attorney General, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOSEPH R. BIDEN, in his official capactiy, as President of the U,S.
1600 Pennsylvania Avenue
Washington, D.C. 20500


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Berkowitz, P.A.
110 SE 6th Street, Suite 1700
Ft. Lauderdale, FL 33301


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Nov 2, 2021

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida ▾

| | |
|---|---|
| AFGE Local 501 and COUNCIL OF PRISON LOCALS, CPL 33, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States and MERRICK GARLAND, in his official capacity as Attorney General, et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 21-cv-23828-CV-JAL <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MERRICK GARLAND, in his official capacity as Attorney General
of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark J. Berkowitz, P.A.
> 110 SE 6th Street, Suite 1700
> Ft. Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____ Nov 2, 2021 _____

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| AFGE Local 501 and COUNCIL OF PRISON LOCALS, CPL 33, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States and MERRICK GARLAND, in his official capactity as Attorney General, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  21-cv-23828-CV-JAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    MICHAEL CARVAHAL, in his official capacity as Director
Federal Bureau of Prisons
320 1st Street, NW
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark J. Berkowitz, P.A.
> 110 SE 6th Street, Suite 1700
> Ft. Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Nov 2, 2021

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| AFGE Local 501 and COUNCIL OF PRISON LOCALS, CPL 33, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> JOSEPH R. BIDEN, in his official capacity as President of the United States and MERRICK GARLAND, in his official capactity as Attorney General, et al. <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 21-cv-23828-CV-JAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Eugene Carlton, in his official capacity as Warden
> Federal Corrections Center
> 15801 NW 137th Avenue
> Miami, Florida 33177

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark J. Berkowitz, P.A.
> 110 SE 6th Street, Suite 1700
> Ft. Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  ____  Nov 2, 2021  ____

*s/ P. Curtis*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| AFGE Local 501 and COUNCIL OF PRISON LOCALS, CPL 33,<br><br>*Plaintiff(s)*<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States and MERRICK GARLAND, in his official capacity as Attorney General, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 21-cv-23828-CV-JAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KIRAN AHUJA in her official capacity as Director
Office of Management and Budget
1900 E Street, NW
Washington, D.C. 20415

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark J. Berkowitz, P.A.
> 110 SE 6th Street, Suite 1700
> Ft. Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  ___ Nov 2, 2021 ___

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| AFGE Local 501 and COUNCIL OF PRISON LOCALS, CPL 33, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States and MERRICK GARLAND, in his official capactity as Attorney General, et al. <br><br> *Deféndant(s)* | Civil Action No. 21-cv-23828-CV-JAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    JEFFREY ZIENTS, in his official capacity as Co-Chair of
the Safer Fdederal Workforce Task Force
1600 Pennsylvania Avenue
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Berkowitz, P.A.
110 SE 6th Street, Suite 1700
Ft. Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____ Nov 2, 2021 _____

Angela E. Noble
Clerk of Court

*s/ P. Curtis*

Deputy Clerk
U.S. District Courts